UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA DAVIS | CIVIL ACTION |
| VERSUS | |
| SAFECO INSURANCE COMPANY OF AMERICA | NO.: 13-00677-BAJ-RLB |

RULING AND ORDER

Before the Court is a **Motion to Compel Appraisal Pursuant to the Terms of Plaintiff's Homeowner's Policy and to Stay the Case Pending the Conclusion of the Appraisal Process (Doc. 7)**, filed by Defendant Safeco Insurance Company of America ("Safeco"). Plaintiff Cynthia Davis ("Davis") opposes the motion. (Doc. 8.) Safeco filed a reply memorandum. (Doc. 11.)

On March 27, 2014, United States Magistrate Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Safeco's motion be denied. (Doc. 16.)

The Magistrate Judge's Report and Recommendation specifically notified the Safeco that, pursuant to 28 U.S.C. § 636(b)(1), it had fourteen (14) days from the date of service to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 16, p. 1.) A review of the record indicates that Safeco did not file an objection to the Magistrate Judge's Report and Recommendation.

Having carefully considered Safeco's motion, Davis' memorandum in opposition, Safeco's reply memorandum, the Magistrate Judge's Report and Recommendation, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant Safeco Insurance Company of America's **Motion to Compel Appraisal Pursuant to the Terms of Plaintiff's Homeowner's Policy and to Stay the Case Pending the Conclusion of the Appraisal Process (Doc. 7)** is **DENIED**.

Baton Rouge, Louisiana, this 11th day of August, 2014

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2